**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00064-CV**

_____

**IN THE INTEREST OF D.T.J.B., K.J.B., AND K.R.B.**

_____

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 20-05-05255-CV**

_____

**MEMORANDUM OPINION**

K.B., Appellant, notified the Court that she no longer desires to prosecute her appeal from a final judgment in a parental rights termination case, wherein the trial court also denied K.B. all relief requested in her petition in intervention.[1] *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion to dismiss before the appellate court issued a decision in the appeal. No other parties filed a notice of appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

_____

[1] K.B. filed a "Notice of Nonsuit" which we construe as a motion to dismiss. We refer to K.B. by initials only to protect the minors' identities. *See* Tex. R. App. P. 9.8(b)(1)(B).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 4, 2022
Opinion Delivered May 5, 2022

Before Golemon, C.J., Horton and Johnson, JJ.